WRIGHT & L'ESTRANGE
A Partnership Including Professional Corporations
John H. L'Estrange, Jr. (SBN 049594)
jlestrange@wllawsd.com
Joseph T. Ergastolo (SBN 137807)
jte@wllawsd.com
Andrew E. Schouten (SBN 263684)
aschouten@wllawsd.com
401 West A Street, Suite 2250
San Diego, CA  92101
(619) 231-4844; Fax: (619) 231-6710

ECKLAND & BLANDO LLP
Mark J. Blando (*pro hac vice*)
mblando@ecklandblando.com
Daniel J. Cragg (*pro hac vice*)
dcragg@ecklandblando.com
Jared M. Reams (*pro hac vice*)
jreams@ecklandblando.com
800 Lumber Exchange|
10 South Fifth Street
Minneapolis MN 55402
(612) 236-0160; Fax (612) 236-0179 |

Attorneys for Plaintiff Bona Fide Conglomerate, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bona Fide Conglomerate, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>SourceAmerica, PRIDE Industries, Inc., Kent, Campa & Kate, Inc., ServiceSource, Inc., Job Options, Inc., Goodwill Industries of Southern California, Lakeview Center, Inc., The Ginn Group, Inc., Corporate Source, Inc., CW Resources, National Council of SourceAmerica Employers, Opportunity Village, Inc.,<br><br>Defendants. | Case No.: 14-cv-00751-GPC-DHB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AS TO DEFENDANT THE GINN GROUP, INC.** |

/ / /

**NOTICE IS HEREBY GIVEN** that Plaintiff Bona Fide Conglomerate, Inc., by and through its undersigned counsel, hereby dismisses its claims against Defendant The Ginn Group, Inc. without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). In support of this notice, Plaintiff avers that Defendant The Ginn Group, Inc. has neither served an Answer nor a motion for summary judgment.

Dated: May 14, 2014

Respectfully submitted,

ECKLAND & BLANDO, LLP

and

WRIGHT & L'ESTRANGE
Attorneys for Plaintiff Bona Fide Conglomerates Inc.

By: s/ John H. L'Estrange, Jr.
John H. L'Estrange, Jr.
jlestrange@wllawsd.com