Kevin W. Alexander (SBN: 175204)
John P. Cooley (SBN: 162955)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
Email: kalexander@gordonrees.com
Email: jcooley@gordonrees.com

Attorneys for Defendant
SourceAmerica

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bona Fide Conglomerate, Inc., | Case No.: 3:14-cv-00751-GPC-DHB |
| Plaintiff, | Assigned to: Judge Gonzalo P. Curiel<br>Magistrate Judge: David H. Bartick |
| v. | **MOTION TO SUBSTITUTE COUNSEL** |
| SourceAmerica, PRIDE Industries, Inc., Kent, Campa & Kate, Inc., ServiceSource, Inc., Job Options, Inc., Goodwill Industries of Southern California, Lakeview Center, Inc., The Ginn Group, Inc., Corporate Source, Inc., CW Resources, National Council of Source America Employers, Opportunity Village, Inc., | **[NO ORAL ARGUMENT PURSUANT TO LOCAL RULE]** |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 83.3(g)(2) of the United States District Court for the Southern District of California, defendant SourceAmerica hereby respectfully moves this Court to substitute Kevin W. Alexander of Gordon & Rees LLP as counsel of record for SourceAmerica in place and stead of Amy P. Lally of Sidley Austin LLP (and all other Sidley Austin LLP attorneys who have appeared on behalf of SourceAmerica) and Mason R. Winters of Venable LLP effective immediately upon the Court's execution of the Proposed Order approving the substitution. The Proposed Order is submitted

1 | concurrently with this Substitution.

2 |     All items required to be served or transmitted in this action and all other
3 | communications in this action should be directed to Kevin Alexander and John
4 | Cooley of the law firm Gordon & Rees LLP, as follows:

        Kevin W. Alexander
        John P. Cooley
        GORDON & REES LLP
        101 W. Broadway, Suite 2000
        San Diego, CA 92101
        Telephone: (619) 696-6700
        Facsimile: (619) 696-7124
        Email: kalexander@gordonrees.com
        Email: jcooley@gordonrees.com

11 |     SourceAmerica and each of its current attorneys consent to this substitution
12 | as indicated by the signatures below:

14 | Dated: July 7, 2014     SourceAmerica

        By: _____
        Raquel Tamez
        Acting General Counsel

Counsel substituting out:

Dated: July 3, 2014     SIDLEY AUSTIN LLP

        By: _____
        Amy P. Lally

Dated: July 2, 2014     VENABLE LLP

        By: _____ for Mason Winters
        Mason R. Winters

*Left margin:* Gordon & Rees LLP / 101 W. Broadway / Suite 2000 / San Diego, CA 92101

1 | Counsel substituting in:
2 | Dated: July 3, 2014          GORDON & REES LLP

By: _____
Kevin W. Alexander
John P. Cooley
Attorneys for Defendant
SourceAmerica

Gordon & Rees LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101

1097030/20023217v.2

## CERTIFICATE OF E-FILE SERVICE

I hereby certify that on July 7, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail (N/A). Parties may access this filing through the Court's electronic filing system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed on July 7, 2014 in San Diego, California.

_____
Sylvia Owen