1  Kevin W. Alexander (SBN: 175204)
2  John P. Cooley (SBN: 162955)
   Joseph W. Goodman (SBN: 230161)
3  GORDON & REES LLP
4  101 W. Broadway, Suite 2000
   San Diego, CA 92101
5  Telephone: (619) 696-6700
6  Facsimile:  (619) 696-7124
   Email: kalexander@gordonrees.com
7  Email: jcooley@gordonrees.com
   Email: jgoodman@gordonrees.com
8

9  Allen R. Bachman (Pro Hac Vice)
10 GORDON & REES LLP
   700 12th Street, NW, Suite 1050
11 Washington, DC 2005
12 Telephone: (202) 399-1009
   Facsimile: (202) 800-2999
13 Email: abachman@gordonrees.com

14 Attorneys for Defendant
15 SourceAmerica

**Gordon & Rees LLP**
**101 W. Broadway**
**Suite 2000**
**San Diego, CA 92101**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bona Fide Conglomerate, Inc., | Case No.: 3:14-cv-00751-GPC-DHB |
| Plaintiff, | *Assigned to: Judge Gonzalo P. Curiel*<br>*Magistrate Judge: David H. Bartick* |
| v. | **NOTICE OF APPEARANCE** |
| SourceAmerica, PRIDE Industries, Inc., Kent, Campa & Kate, Inc., ServiceSource, Inc., Job Options, Inc., Goodwill Industries of Southern California, Lakeview Center, Inc., The Ginn Group, Inc., Corporate Source, Inc., CW Resources, National Council of Source America Employers, Opportunity Village, Inc., | |
| Defendants. | |

1 | **TO THIS HONORABLE COURT, PLAINTIFF, AND COUNSEL OF**
2 | **RECORD:**
3 |     PLEASE TAKE NOTICE that the following person hereby notes his
4 | appearance as attorney for Defendant SourceAmerica:

>Joseph W. Goodman, Esq.
>GORDON & REES LLP
>101 W. Broadway, Suite 2000
>San Diego, CA 92101
>Telephone: (619) 696-6700
>Facsimile: (619) 696-7124
>Email: jgoodman@gordonrees.com

Dated: March 4, 2015             GORDON & REES LLP

                           By: /s/ Joseph W. Goodman
                           Kevin W. Alexander
                           John P. Cooley
                           Joseph W. Goodman
                           Attorneys for Defendant
                           SourceAmerica

**Gordon & Rees LLP**
101 W. Broadway
Suite 2000
San Diego, CA 92101

1097030/22645772v.1