1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BONA FIDE CONGLOMERATE, INC., Plaintiff, v. SOURCEAMERICA, Defendant. | Case No.: 3:14-cv-00751-GPC-DHB<br><br>**ORDER GRANTING MOTIONS TO SEAL**<br><br>[ECF Nos. 298, 302, 304] |
|---|---|
| SOURCEAMERICA, Counterclaimant. v. BONA FIDE CONGLOMERATE, INC. and RUBEN LOPEZ, Counterdefendants. | |

1

3:14-cv-00751-GPC-DHB

1    Presently before the Court are three motions to seal relating to the Parties' objections
2 to the Magistrate Judge's Report and Recommendation ("Report") (ECF No. 288)
3 regarding Defendant SourceAmerica's *ex parte* motion: (1) to disqualify Plaintiff Bona
4 Fide's counsel; (2) to revoke *pro hac vice* admission of Daniel J. Cragg; (3) for protective
5 order; and (3) for expedited discovery. (ECF Nos. 296, 297.) On March 2, 2016, Plaintiff
6 Bona Fide ("Bona Fide") filed an ex parte motion to file under seal an unredacted version
7 of Plaintiff's objections to the Report. (ECF No. 298.) On March 9, 2016, Defendant
8 SourceAmerica ("SourceAmerica") filed an ex parte motion to file under seal
9 SourceAmercia's reply to Plaintiff's objections to the Report (ECF No. 302) and Bona Fide
10 filed an ex parte motion for leave to file under seal Bona Fide's reply to SourceAmerica's
11 objections to the Report (ECF No. 304.) The Parties' do not oppose each other's motions
12 to seal.

   Generally, there is "a strong presumption in favor of access to court records." *Foltz
v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). However, the right
to inspect judicial records "is not absolute and can be overridden given sufficiently
compelling reasons for doing so." *Id.* The Ninth Circuit has "carved out an exception to
the presumption of access" where a party attaches a discovery document to a nondispositive
motion. *Id.* To seal documents filed with nondispositive motions, the moving party must
only provide a particularized showing of good cause under Rule 26(c). *Id.* Here, the the
Parties seek to seal excerpts of nondispositive motions. As such, the Court finds the "good
cause" standard applies.

   Judge Bartick previously found "good cause" to seal the transcript of the January 25,
2016 hearing on SourceAmerica's motions. (ECF No. 286.) He also found "good cause"
to seal paragraphs 22(a)-(b), 29(a), 42(a)-(d), 49(a) of the Declaration of Dennis Fields
dated November 30, 2015 and Exhibits K, L, N, and O attached thereto, as well as Exhibits
C, D, and E attached to the Declaration of Ruben Lopez dated December 16, 2015. (ECF

No. 289.)  The Parties seek to seal those portions of their briefs that quote and discuss the substance of the matter sealed by Judge Bartick.  The requests are narrow in scope and neither party opposes the other's sealing requests.   Therefore, the Court finds good cause to grant the Parties' motions to seal.

Accordingly, **IT IS HEREBY ORDERED**:

1) Bona Fide's ex parte motion for leave to file under seal its objections to the Report (ECF No. 298) is **GRANTED**;

2) SourceAmerica's ex parte application to file under seal its reply to the Report (ECF No. 302) is **GRANTED**; and

3) Bona Fide's ex parte motion for leave to file under seal its reply to the Report (ECF No. 304) is **GRANTED**.

The Clerk of Court is directed to **FILE UNDER SEAL** the documents now lodged at ECF Nos. 299, 307, and 305.

**IT IS SO ORDERED**.

Dated:  August 11, 2016

Hon. Gonzalo P. Curiel
United States District Judge