WRIGHT, L'ESTRANGE & ERGASTOLO
John H. L'Estrange, Jr. (SBN 049594)
jlestrange@wlelaw.com
Joseph T. Ergastolo (SBN 137807)
jte@wlelaw.com
Andrew E. Schouten (SBN 263684)
aschouten@wlelaw.com
402 West Broadway, Suite 1800
San Diego, CA  92101
(619) 231-4844; Fax: (619) 231-6710

Attorneys for Plaintiff Bona Fide Conglomerate, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONA FIDE CONGLOMERATE, INC., | Case No.: 14cv0751  GPC  (DHB) |
| Plaintiff, | **PLAINTIFF'S *EX PARTE* REQUEST FOR A CLARIFICATION OF PROTECTIVE ORDER (DKT. 346)** |
| v. | |
| SOURCEAMERICA, et al., | |
| Defendants. | |
| AND RELATED COUNTER-CLAIMS | |

Case No. 14cv0751 GPC (DHB)

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Bona Fide Conglomerate, Inc. ("Bona Fide") moves *ex parte* under Local Rule 79.2(c) for an order clarifying the Court's recent order granting in part and denying in part Defendant SourceAmerica's *ex parte* application for protective order ("Protective Order") (Dkt. 346) to designate which attorneys may review, use, and disseminate the eight excerpts from certain recordings made by Ruben Lopez that the Hon. Gonzalo P. Curiel found to constitute SourceAmerica's privileged information ("Eight Excerpts"), for appellate purposes only.

Good cause exists to grant Bona Fide's requested relief. The Protective Order requires that Bona Fide and its current and former counsel return to SourceAmerica all recordings and transcripts containing the Eight Excerpts and forbids their further review, use, or dissemination, subject to one exception: lead counsel on an appeal of Judge Curiel's disqualification order may review, use, and disseminate the Eight Excerpts for appeal purposes only. The Court noted that, as of the time that the Protective Order was entered, Bona Fide had not yet identified which counsel would be responsible for preparing a writ petition. As such, the Court determined that other attorneys may also be permitted to review, use and disseminate the Eight Excerpts for appellate purposes, provided that Bona Fide identify which attorney has been designated as lead appellate counsel (Dkt. 346, 5:27-6:12).

Bona Fide has retained Cooper, White, & Cooper LLP in the limited capacity of serving as co-counsel with Wright, L'Estrange & Ergastolo for appellate review of the disqualification order.  The attorneys working on the appeal are:

- Cooper, White, & Cooper, LLP: Mark L. Tuft, Andrew I. Dilworth, and Sarah J Banola.
- Wright, L'Estrange & Ergastolo: Joseph T. Ergastolo, Andrew E. Schouten, and John H. L'Estrange, Jr.

(Lopez Decl. ¶¶ 5-6).

Bona Fide requests that the above-named attorneys from Cooper, White & Cooper and Wright, L'Estrange & Ergastolo be permitted to review, use, and disseminate the Eight Excerpts for appeal purposes only.

Bona Fide requested that SourceAmerica agree to submit the instant request as a joint motion. SourceAmerica declined, on the ground that Bona Fide only needs four attorneys to work on the writ petition. Consistent with Local Civil Rule 83.3(h), counsel for Bona Fide thereafter informed counsel for SourceAmerica that Bona Fide would make the instant request to the Court on an *ex parte* basis (Schouten Decl. ¶¶ 2-4).

Accordingly, Bona Fide respectfully requests the Court grant this *ex parte* application and enter an order permitting the following attorneys to review, use, and disseminate the Eight Excerpts for appeal purposes only:

- Cooper, White, & Cooper LLP: Mark L. Tuft, Andrew I. Dilworth, and Sarah J. Banola.
- Wright, L'Estrange & Ergastolo: Joseph T. Ergastolo, Andrew E. Schouten, and John H. L'Estrange, Jr.

Respectfully submitted,

Dated:  October 13, 2016          WRIGHT, L'ESTRANGE & ERGASTOLO

Attorneys for Plaintiff Bona Fide
Conglomerate, Inc.

By:  s/ Joseph T. Ergastolo._____
      Joseph T. Ergastolo
      jte@wlelaw.com