WRIGHT, L'ESTRANGE & ERGASTOLO
John H. L'Estrange, Jr. (SBN 049594)
jlestrange@wlelaw.com
Joseph T. Ergastolo (SBN 137807)
jte@wlelaw.com
Andrew E. Schouten (SBN 263684)
aschouten@wlelaw.com
Davin H. Kono (SBN 312382)
dkono@wlelaw.com
402 West Broadway, Suite 1800
San Diego, CA  92101
(619) 231-4844; Fax: (619) 231-6710

Attorneys for Plaintiff
Bona Fide Conglomerate, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONA FIDE CONGLOMERATE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SOURCEAMERICA, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 14cv0751 GPC (AGS)<br><br>**DECLARATION OF JOSEPH T. ERGASTOLO IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:      September 21, 2018<br>Time:      1:30 p.m.<br>Judge:     Hon. Gonzalo P. Curiel<br>Courtroom: 2D (Schwartz) |

I, Joseph T. Ergastolo, declare:

1.  I am an attorney at law licensed to practice before this Court and am a partner in the law firm of Wright, L'Estrange & Ergastolo, counsel of record for Plaintiff Bona Fide Conglomerate, Inc. ("Bona Fide"), in the above-entitled matter. The facts contained within this declaration are true of my own knowledge and are such that I could, and would if called upon to do so, competently testify thereto.

2. Attached to this declaration as Exhibit A are true and correct copies of select excerpts of the transcript of the deposition of Nancy Yoder, taken on June 21, 2018, and select exhibits referenced therein.

3. Attached to this declaration as Exhibit B are true and correct copies of select excerpts of the transcript of the deposition of Martin Williams, taken on May 30, 2018, and select exhibits referenced therein.

4. Attached to this declaration as Exhibit C are true and correct copies of select excerpts of the transcript on the deposition of Joseph Diaz, taken on May 22 and 23, 2018, and select exhibits referenced therein.

5. Attached to this declaration as Exhibit D are true and correct copies of select excerpts of the transcript of the deposition of Thomas Eugene Hawkins, taken on June 5, 2018, and select exhibits referenced therein.

6. Attached to this declaration as Exhibit E are true and correct copies of select excerpts of the transcript of the deposition of Michael Vrobel, taken on June 22, 2018, and select exhibits referenced therein.

7. Attached to this declaration as Exhibit F are true and correct copies of select excerpts of the transcript of the deposition of Robert Chamberlin, taken on May 21, 2018, and select exhibits referenced therein.

8. Attached to this declaration as Exhibit G are true and correct copies of select excerpts of the transcript of the deposition of Carla R. Bean, taken on June 19, 2018, and select exhibits referenced therein.

9. Attached to this declaration as Exhibit H are true and correct copies of select excerpts of the transcript of the deposition of Shauna Carter, taken on June 11, 2018, and select exhibits referenced therein.

10. Attached to this declaration as Exhibit I are true and correct copies of select excerpts of the transcript of the deposition of Jean Robinson, taken on April 12, 2018, and select exhibits referenced therein.

11. Attached to this declaration as Exhibit J are true and correct copies of select excerpts of the transcript of the deposition of Elizabeth Goodman, taken on May 29, 2018, and select exhibits referenced therein.

12. Attached to this declaration as Exhibit K are true and correct copies of select excerpts of the transcript of the deposition of Dan Woods, taken on April 23, 2018, and select exhibits referenced therein.

13. Attached to this declaration as Exhibit L are true and correct copies of select excerpts of the transcript of the deposition of Sally Henderson, taken on June 12, 2018, and select exhibits referenced therein.

14. Attached to this declaration as Exhibit M are true and correct copies of select excerpts of the transcript of the deposition of James Gibbons, taken on June 13, 2018, and select exhibits referenced therein.

15. Attached to this declaration as Exhibit N are true and correct copies of select excerpts of the transcript of the deposition of Peggy Gritt, taken on June 1, 2018, and select exhibits referenced therein.

16. Attached to this declaration as Exhibit O are true and correct copies of select excerpts of the transcript of the deposition of Gia Cedillo, taken on April 17, 2018, and select exhibits referenced therein.

17. Attached to this declaration as Exhibit P are true and correct copies of select excerpts of the transcript of the deposition of Gene Ficarra, taken on June 8, 2018, and select exhibits referenced therein.

18. Attached to this declaration as Exhibit Q are true and correct copies of select excerpts of the transcript of the deposition of Christopher Stream, taken on June 7, 2018, and select exhibits referenced therein.

. . . .

. . . .

. . . .

. . . .

19. Attached to this declaration as Exhibit R are true and correct copies of select excerpts of the transcript of the deposition of Chris Wilkie, taken on June 15, 2018, and select exhibits referenced therein.

20. Attached to this declaration as Exhibit S is a true and correct copy of an e-mail string produced by SourceAmerica, Bates No. SA0034138-40.

21. Attached to this declaration as Exhibit T are true and correct copies of select excerpts of the transcript of the deposition of Mark Kessler, taken on June 15, 2018, and select exhibits referenced therein.

22. Attached to this declaration as Exhibit U are true and correct copies of select excerpts of the transcript of the deposition of Kevin Schmidt, taken on June 4, 2018, and select exhibits referenced therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 3rd day of August 2018 at San Diego, California.

*s/ Joseph T. Ergastolo*
Joseph T. Ergastolo
jte@wlelaw.com

# Table of Contents

**Exhibits to the Declaration of Joseph T. Ergastolo in Opposition to Defendant's Motion for Summary Judgment, or Alternatively Partial Summary Judgment**

| EXHIBIT | DESCRIPTION | Page No. |
|---|---|---|
| A | Excerpts of the transcript of the deposition of Nancy Yoder, taken on June 21, 2018, and select exhibits | 1 |
| B | Excerpts of the transcript of the deposition of Martin Williams, taken on May 30, 2018, and select exhibits | 52 |
| C | Excerpts of the transcript on the deposition of Joseph Diaz, taken on May 22 and 23, 2018, and select exhibits | 90 |
| D | Excerpts of the transcript of the deposition of Thomas Eugene Hawkins, taken on June 5, 2018, and select exhibits | 335 |
| E | Excerpts of the transcript of the deposition of Michael Vrobel, taken on June 22, 2018, and select exhibit | 737 |
| F | Excerpts of the transcript of the deposition of Robert Chamberlin, taken on May 21, 2018, and select exhibits | 743 |
| G | Excerpts of the transcript of the deposition of Carla R. Bean, taken on June 19, 2018, and select exhibits | 773 |
| H | Excerpts of the transcript of the deposition of Shauna Carter, taken on June 11, 2018, and select exhibits | 777 |
| I | Excerpts of the transcript of the deposition of Jean Robinson, taken on April 12, 2018, and select exhibits | 793 |
| J | Excerpts of the transcript of the deposition of Elizabeth Goodman, taken on May 29, 2018, and select exhibits | 818 |
| K | Excerpts of the transcript of the deposition of Dan Woods, taken on April 23, 2018, and select exhibits | 844 |
| L | Excerpts of the transcript of the deposition of Sally Henderson, taken on June 12, 2018, and select exhibits | 945 |
| M | Excerpts of the transcript of the deposition of James Gibbons, taken on June 13, 2018, and select exhibits | 1016 |
| N | Excerpts of the transcript of the deposition of Peggy Gritt, taken on June 1, 2018, and select exhibits | 1024 |
| O | Excerpts of the transcript of the deposition of Gia Cedillo, taken on April 17, 2018, and select exhibits | 1030 |
| P | Excerpts of the transcript of the deposition of Gene Ficarra, taken on June 8, 2018, and select exhibits | 1053 |
| Q | Excerpts of the transcript of the deposition of Christopher Stream, taken on June 7, 2018, and select exhibits | 1080 |
| R | Excerpts of the transcript of the deposition of Chris Wilkie, taken on June 15, 2018, and select exhibits | 1226 |
| S | An e-mail string produced by SourceAmerica, Bates No. SA0034138-40. | 1247 |
| T | Excerpts of the transcript of the deposition of Mark Kessler, taken on June 15, 2018, and select exhibits | 1250 |
| U | Excerpts of the transcript of the deposition of Kevin Schmidt, taken on June 4, 2018, and select exhibits | 1253 |