# EXHIBIT A

DEC-04-2015 14:47 From:                                    To:1*16192316710          Page:2/17

**EXHIBIT** 634

WILS
6/20/18 PK

1   Kevin W. Alexander (SBN: 175204)
    Matthew P. Nugent (SBN: 214844)
2   Joseph Goodman (SBN 230161)
    GORDON & REES LLP
3   101 W. Broadway, Suite 2000
    San Diego, CA 92101
4   Telephone: (619) 696-6700
    Facsimile: (619) 696-7124
5   Email: kalexander@gordonrees.com
    Email: mnugent@gordonrees.com
6   Email: jgoodman@gordonrees.com

7   Attorneys for Defendant
    SourceAmerica

8

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11  Bona Fide Conglomerate, Inc.,            ) Case No.: 3:14-cv-00751-GPC-DHB
                                             )
12                        Plaintiff,         ) **DEFENDANT SOURCEAMERICA'S**
                                             ) **SECOND DESIGNATION OF**
13            v.                             ) **EXPERT WITNESSES**
                                             )
14  SourceAmerica, et al.,                   )
                                             ) *Assigned to: Judge Gonzalo P. Curiel*
15                        Defendants.        ) *Magistrate Judge: David H. Bartick*
                                             )
16                                           )
                                             )
17                                           )
                                             )
18                                           )
                                             )
19                                           )

20

21

22

23

24

25

26

27

28

                                 - 1 -
─────────────────────────────────────────────────────────
     SOURCEAMERICA'S SECOND DESIGNATION OF EXPERT WITNESSES
                            Case No.: 3:14-cv-00751-GPC-DHB

1   TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2   Pursuant to Federal Rule of Civil Procedure 26(a)(2)(A), Defendant

3   SourceAmerica identifies the following expert witnesses whom it expects to use at

4   trial to present evidence under Federal Rules of Evidence 702, 703 or 705:

5      1.   Mary Karen Wills
            Berkeley Research Group, Inc.
6         1800 M Street NW, Second Floor
7         Washington, DC 20036
            (202) 480-2773
8

9   Ms. Wills is Managing Director and leader of the Government Contracts

10  Practice at Berkeley Research Group, LLC. She is an expert in the fields of

11  government contract accounting, administration, and compliance. She holds a

12  Bachelor of Science degree in Commerce with a concentration in Accounting from

13  the University of Virginia. Her Curriculum Vitae is attached hereto as Exhibit A.

14  Ms. Wills is expected to testify regarding SourceAmerica's review and

15  analysis of Non-Profit Agencies' ("NPA") responses to Sources Sought Notices for

16  U.S. AbilityOne Program federal government contract opportunities; the standards,

17  criteria, regulations, and procedures employed by SourceAmerica in evaluating

18  NPA applications in determining whether they are qualified and suitable for

19  recommendation to the AbilityOne Commission for such opportunities; and the

20  bases for SourceAmerica's recommendations to the Ability One Commission with

21  respect to the opportunities at issue in this matter. She is also expected to testify

22  regarding the costs, margins, term, and likely duration of the opportunities at issue,

23  including analysis of the financial records and history of Bona Fide Conglomerate,

24  Inc. and SourceAmerica. Ms. Wills also will comment on and provide rebuttal

25  opinions to opinions offered by other experts.

26  Ms. Wills will be sufficiently familiar with the pending action to submit a

27  meaningful oral deposition concerning this testimony, including her expert

28  opinions and the bases of her opinions. Ms. Wills's fee for providing deposition

Gordt Rees LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101

1   and trial testimony is $650 per hour.

2

3       2.       Patrick Kennedy, Ph.D.
                 Managing Director

4                    Torrey Partners
                 11452 El Camino Real, Suite 110

5                    San Diego, CA 92130
                 (858) 847-0001

6   Dr. Kennedy is an economist and loss analyst and is an expert in the fields of

7   economics, business valuation, and business finance. He holds a Ph.D degree in

8   Economics from Stanford University. His Curriculum Vitae is attached hereto as

9   Exhibit B.

10   Dr. Kennedy is expected to testify regarding all aspects of damages

11   sustained from an economic loss standpoint by Bona Fide Conglomerate, Inc. and

12   SourceAmerica, including opportunity losses, and including analysis of the

13   financial records and history of Bona Fide Conglomerate, Inc. and SourceAmerica.

14   Dr. Kennedy also will comment on and provide rebuttal opinions to opinions

15   offered by other experts.

16   Dr. Kennedy will be sufficiently familiar with the pending action to submit a

17   meaningful oral deposition concerning this testimony, including his expert

18   opinions and the bases of his opinions. Dr. Kennedy's fee for providing deposition

19   and trial testimony is $495 per hour.

20   In addition to the foregoing specially designated experts, Defendant

21   expressly reserves the right to call any expert witnesses either presently or later

22   identified by any other party to this action, although not specifically retained by

23   Defendant, regardless of whether such party remains a party at the time of trial.

24   The qualifications of these witnesses and general substance of their testimony are

25   set forth in the designation of expert witnesses served or to be served in the future

26   by other parties to this action.

27   Defendant expressly reserves the right to consult with and retain the services

28   of additional expert witnesses to testify on behalf of Defendant and expressly

Gord. Rees LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101

1  reserves the right to call as experts all individuals identified in: (1) responses to
2  written discovery and disclosures served in this action by or on behalf of any party,
3  (2) depositions in this matter; and (3) any reports and documents related to this
4  matter.  With respect to those individuals who have been identified in written
5  discovery responses and disclosures, deposition transcripts and/or any reports that
6  have been prepared, the same are incorporated as though fully set forth herein.

7      In the event any additional analyses are obtained by any other party prior to
8  trial, Defendant reserves the right to call as an expert witness the person
9  performing the analysis.  The name, address, phone number, and general substance
10  of the testimony of these witnesses will be provided by Defendant to all other
11  parties to the action as soon as they are known to Defendant.

12      Since discovery in this action has not yet been completed, Defendant
13  expressly reserves the right to file a supplemental list of expert witnesses as
14  discovery is completed in this action and witnesses and issues are identified.
15  Defendant may later designate individuals as experts in this matter, including but
16  not limited to, individuals who are experts in the subject areas described herein,
17  and in any subject areas described by other parties to this litigation.  Defendant will
18  designate such witnesses' names, addresses, phone numbers, and the general
19  substance of their testimony as soon as the same are ascertained so as to allow
20  complete discovery of all opinions and documentation.

21      Defendant reserves the right to call as witnesses to testify on either lay or
22  expert matters, or both, those individuals who are employees or former employees
23  of any other parties to this action and who may be called to testify at trial as
24  adverse witnesses, either live or through competent former testimony.  If any of the
25  witnesses discussed or listed above are not available at the time of trial, Defendant
26  hereby advises all parties that it will seek the introduction of competent former
27  testimony, including depositions, of such witnesses in lieu of their testimony, and
28  reserve the right to substitute other individuals for those designated who are not



1   available at the time of trial.

2

3   Dated: December 4, 2015                    GORDON & REES LLP

4

5

6                                       By:   /s/ Kevin W. Alexander
                                              Kevin W. Alexander
7                                             Matthew P. Nugent
                                              Joseph W. Goodman
8                                             Attorneys for Defendant
                                              SourceAmerica
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

Gord.   Rees LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101

DEC-04-2015 14:49 From:

# EXHIBIT A

DEC-04-2015 14:50 From:                                    To:1*16192316710        Page:8/17

# Curriculum Vitae



**BRG**
Berkeley Research Group

**MARY KAREN WILLS**
BERKELEY RESEARCH GROUP, LLC
1800 M Street NW, Second floor
Washington, DC 20036

Work: 202.480.2773
Cell: 202.550.7900
Work: mkwills@thinkbrg.com
Personal: Marykarenwills@gmail.com

## EDUCATION

B.S., Commerce (concentration in Accounting)    University of Virginia

## BIO/SUMMARY

*Managing director and leader of the Government Contracts Practice at Berkeley Research Group, LLC*

Ms. Wills is an expert in the field of government contract accounting, administration, and compliance. She has over 30 years of experience providing consulting and financial advisory services to Companies and Organizations that range from middle market to the Fortune 100, and also NGOs and not-for-profit organizations. Ms. Wills has in-depth experience with the Federal Acquisition Regulation (FAR), USAIDAR, OMB Circulars, Cost Accounting Standards (CAS), and other federal government procurement regulations.

Ms. Wills' expertise includes working with companies in virtually every industry, including professional services, aerospace, defense, higher education, health insurance, international development, manufacturing, information technology, telecommunications, professional services, operations and management, construction and engineering, high tech, biotech, and not-for-profit industries, all of whom receive federal contracts, grants, or other forms of financial assistance. She specializes in advising commercial companies how to adapt practices to conform to the complex government contracting regulated environment.

Ms. Wills has experience with all forms of government contract acquisition matters, from competitive procurements to commercial item exemptions, as well as GSA and VA Schedules and other government-wide acquisition vehicles. She has expertise advising companies in obtaining GSA Schedules, undergoing audits of GSA Schedules, and defending in asserted price reduction matters. She advises throughout the entire life cycle of government contracts, as well as providing expert advice on a myriad of complex government contract accounting and contract administration related matters.

Ms. Wills leads the Government Contracts practice area for the Berkeley Research Group (BRG). BRG is an expert services consulting firm that provides strategic consulting and litigation consulting across many industries and competencies. Ms. Wills is responsible for overseeing the Government Contracting practice area's business development activities, maintaining client relationships, serving as an expert on client matters, executing projects successfully, attracting and retaining employees, and achieving targeted goals.



Ms. Wills has worked with companies on strategic merger and acquisition activities, including due diligence assignments, as well as complex transaction structuring and post-acquisition integration. She is an expert at assisting organizations as they restructure for competitive purposes, including the strategic, organizational, cost accounting, and other regulatory impacts associated with mergers and acquisitions.

Ms. Wills has directed special investigations, fraud investigations, false claims, and qui tam/whistleblower allegation investigations, and other litigation consulting assignments. She has assisted companies prepare and deliver voluntary disclosures, whereby results and findings were presented in connection with settlement negotiations. She has testified as an expert witness on varied matters. Ms. Wills has been admitted under protective orders before the Government Accountability Office and the Court of Federal Claims for bid protest matters and as a testifying expert.

Ms. Wills performed financial statement audits of publicly traded and private companies as a partner with Arthur Andersen. She has extensive experience preparing and analyzing financial statements and disclosures, and in applying and adhering to Generally Accepted Accounting Principles.

## PREVIOUS POSITIONS

Director, leader of the Business Consulting Group for Argy, Wiltse & Robinson, P.C.
Director, leader of the Business Consulting Practice for Beers & Cutler PLLC (now Baker Tilly)
Partner, Arthur Andersen Washington, DC, Director of Government Contracts Group

## EXPERT TESTIMONY AND BID PROTEST EXPERIENCE

Ms. Wills has extensive bid protest experience, including expertise in cost realism and cost issues associated with bid protests. She has been admitted under protective orders before the Government Accountability Office and the Court of Federal Claims for bid protest matters. She has directed litigation support and fraud investigation assignments. She has assisted companies with voluntary disclosures, where results and findings were presented to government agencies, legal enforcement agencies, OIGs, and government audit agencies in support of settlement negotiations. In addition, she has testified as an expert witness. She has been admitted under protective orders before the Government Accountability Office for several bid protest matters.

## SELECTED AREAS OF CONSULTING EXPERIENCE

*Regulatory Compliance and Governance*

- Performed assessments of compliance with federal procurement regulations, including CAS, FAR, and Agency Supplements including USAIDAR, DFARs, and other Agency Specific Regulations
- Performed assessments and mock audits of compliance with OMB Circulars
- Internal control reviews, outsourced and co-sourced internal audits, enterprise risk projects and business system assessments, including accounting system adequacy, cost estimating systems, labor charging, billing, contractor purchasing systems, material management systems
- Instituted comprehensive compliance programs and policies

2



- Instituted and served on organizational compliance steering committees
- Developed ethics policies, conflict of interest policies, programs and code of conduct policies
- Training in governance matters

*Government Contract Accounting and Contract/Grant Administration*

- Consultation on FAR, CAS, and OMB Circulars, including OMB A-21, A-110, and A-122
- CAS compliance assessments and Disclosure Statement preparation
- Cost impact proposal development and quantification
- Indirect rate development and restructuring
- Incurred cost submissions
- DCAA, SIGAR, OIG, and other government audit support
- Accounting system design and implementation
- Contract and grant management system and processes
- Contract closeout
- Terminations, REAs, and change orders

*GSA Schedule, VA Schedule, and GWACs*

- Strategic pricing analyses and commercial sales practices "CSP" disclosures
- Implementing compliance programs around GSA Schedules
- Price reduction clause monitoring and reporting
- Pre-award, post-award, and renewal OIG audit support
- Compliance with sales reporting and IFF reporting
- Investigations and voluntary disclosures involving GSA schedule matters
- False claim investigations and settlements

*Global Development/NGOs*

- Compliance programs, audits and assessments
- OMB Circular A-21, A-110 and A-122 consultation and audit support
- NICRA development and F&A rates
- Restructuring of NICRA rates to accommodate varying donor requirements
- Strategic planning and assessments
- Field operation audits and monitoring
- Sub-award and sub-recipient monitoring
- Voluntary disclosures and investigations

*Merger and Acquisition Assistance/Strategic Business Consulting*

- Performed due diligence assessments and assisted in sale of companies
- Assisted in integration activities, including consolidation of entities, accounting systems and rate structures, as well as earn-out calculations
- Developed consolidation and carve-out strategies and methodologies
- Created home office, shared services and service center structures and rate models

3



- Facilitated development of strategic plans, comprehensive budgets and forward pricing rate models
- Restructuring proposal preparation

*Special Investigations, Voluntary Disclosures, and Legal Support*

- Worked with legal counsel on comprehensive internal investigations, many of which resulted in voluntary disclosures to U.S. government
- Worked with compliance monitors to implement remediation measures and compliance programs
- Cost expert in bid protest matters
- Testifying expert on government contract related matters, including disputes

## PROFESSIONAL ASSOCIATIONS AND OUTSIDE AFFILIATIONS

Certified Public Accountant: Virginia, Maryland, and District of Columbia
American Institute of Certified Public Accountants
Virginia Society of CPAs
National Defense Industrial Association
Professional Services Council
Institute of Management Accountants
National Contract Management Association

## NOT-FOR-PROFIT BOARD AFFILIATIONS

Girl Scouts of the Nation's Capital, Governance Committee

4

DEC-04-2015 14:52 From:                                    To:1*16192316710          Page:12/17

# EXHIBIT B

Exhibit A, page00011

DEC-04-2015 14:52 From:                                    To:1*16192316710        Page:13/17



## Patrick F. Kennedy, PhD
Managing Director

Patrick F. Kennedy, a Managing Director of Torrey Partners and provides analysis, consultation, and opinions in business and dispute contexts including discovery assistance, causation analysis, feasibility analysis, damage quantification, and testimony in federal and state courts.  Dr. Kennedy provides analysis and testimony in matters including, but not limited to, breach of contract, patent, copyright, trademark and trade secret misappropriation, construction defect, product liability, false advertising, fraud, antitrust and unfair competition, loss of earnings and support, employment disputes, and class actions including wage and hour matters.

Dr. Kennedy has experience in many industries including financial services, real estate, construction, hospitality, retail, gaming, healthcare, medical devices, pharmaceuticals, technology, software, telecommunications, manufacturing, maritime, transportation, insurance, entertainment, media and sports.

PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| 2011 to present | **Torrey Partners** | Managing Director |
| 2006 to 2011 | **LECG** | Managing Director (2008) |
| 1996 to 2006 | **Mack|Barclay, Inc.** | Shareholder (1998) |
| 1995 to 1996 | **International Securities Group, Inc.** | Director of Economic Research |
| 1992 to 1995 | **Board of Governors of the Federal Reserve System, Washington, D.C.** | Economist |

EDUCATION

**Doctorate in Economics,** Stanford University, 1992
> Awarded Stanford University Fellowship, Bradley Foundation Dissertation Fellowship, and Outstanding Teaching Award.

**Bachelor of Arts in Economics,** University of California, San Diego, 1986
> Summa Cum Laude.  Recipient of various awards including UC Regents Scholarship, Muir College Valedictorian, Phi Beta Kappa, and the Seymour E. Harris Economics Award.

11452 El Camino Real • Suite 110 • San Diego, CA 92130
**Phone** 858.847.0001 • **Facsimile** 858.847.0005
www.torreypartners.com

**LICENSES AND PROFESSIONAL MEMBERSHIPS**

Registered Securities Representative and Registered Principal
(NASD Series 7, 24 and 63 – inactive)
American Economic Association
National Association for Business Economics
National Association for Forensic Economics
Licensing Executive Society

**BOARD MEMBERSHIP**

University of California San Diego, Economic Leadership Board Member

\

Page 12

Exhibit A, page00013



Kevin W. Alexander (SBN: 175204)
Joseph W. Goodman (SBN: 230161)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
Email: kalexander@gordonrees.com
Email: jgoodman@gordonrees.com

Attorneys for Defendant
SourceAmerica

UNITED STATES DISTRICT COURT

SOUTHERN OF CALIFORNIA

| | |
|---|---|
| Bona Fide Conglomerate, Inc., | )Case No.: 3:14-cv-00751-GPC-DHB<br>) |
| Plaintiff, | )*Assigned to: Judge Gonzalo P. Curiel*<br>)*Magistrate Judge: David H. Bartick* |
| v. | )<br>)**CERTIFICATE OF SERVICE** |
| SourceAmerica, PRIDE Industries, Inc.,<br>Kent, Campa & Kate, Inc.,<br>ServiceSource,Inc., Job Options, Inc.,<br>Goodwill Industries of Southern<br>California, Lakeview Center, Inc., The<br>Ginn Group, Inc., Corporate Source,<br>Inc., CW Resources, National Council<br>of Source America Employers,<br>Opportunity Village, Inc., | )Crtrm:        2D<br>)Judge:       Gonzalo P. Curiel<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Gordon & Rees LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, 101 W. Broadway, Suite 2000, San Diego, California 92101. On December 4, 2015, I served the within documents:

-1-
CERTIFICATE OF SERVICE
Case No.: 3:14-cv-00751-GPC-DHB

Exhibit A, page00014

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘

                              TIME  : 12/04/2015 13:36
                              NAME  : WRIGHT LESTRANGE
                              FAX   : 6192316710
                              TEL   : 6192314844
                              SER.# : BROE0J158934
```

| DATE,TIME | 12/04  13:35 |
|---|---|
| FAX NO./NAME | 2999267 |
| DURATION | 00:01:12 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |

## In the Matter Of:

## BONA FIDE CONGLOMERATE vs SOURCEAMERICA

14cv0751 GPC (AGS)

---

# MARY K. WILLS

*June 20, 2018*

---



800.211.DEPO (3376)
*EsquireSolutions.com*

Exhibit A, page00016

```
 1              UNITED STATES DISTRICT COURT

 2             SOUTHERN DISTRICT OF CALIFORNIA

 3

 4    BONA FIDE                    :

 5    CONGLOMERATE, INC.,          :

 6            Plaintiff,     :    Case No.

 7       v.                  :     14cv0751 GPC (AGS)

 8    SOURCEAMERICA, et al,   :

 9            Defendants.    :

10

11

12      Videotaped Deposition of MARY KAREN WILLS

13                  Washington, D.C.

14             Wednesday, June 20, 2018

15                    9:50 a.m.

16

17

18

19

20    Job No.: J2171748

21    Pages: 1 - 322

22    Reported By: Michelle Taylor
```



 1      Deposition of MARY KAREN WILLS, held at the

 2   offices of:

 3

 4

 5           Esquire Deposition Solutions

 6           1025 Vermont Avenue, Northwest

 7           Suite 503

 8           Washington, D.C.

 9           (202) 429-0014

10

11

12

13

14      Pursuant to notice, before Michelle Taylor,

15   Notary Public in and for the District of Columbia.

16

17

18

19

20

21

22



MARY K. WILLS                                                      June 20, 2018
BONA FIDE CONGLOMERATE vs SOURCEAMERICA                                      3

```
 1              A P P E A R A N C E S

 2    ON BEHALF OF PLAINTIFF BONA FIDE:

 3             ANDREW E. SCHOUTEN, ESQUIRE

 4             Wright, L'Estrange & Ergastolo

 5             402 West Broadway

 6             Suite 1800

 7             San Diego, California 92101

 8             (619) 231-4844

 9

10    ON BEHALF OF DEFENDANT SOURCEAMERICA:

11             J. DANIEL HOLSENBACK, ESQUIRE

12             Gordon & Rees, LLP

13             101 W. Broadway

14             Suite 2000

15             San Diego, California 92101

16             (619) 696-6700

17    ALSO PRESENT:

18             Noojan Ettehad, Videographer

19

20

21

22
```



1                    C O N T E N T S

2    EXAMINATION OF MARY KAREN WILLS:          PAGE

3        By Mr. Schouten                            6

4

5

6

7                    E X H I B I T S

8              (Attached to transcript)

9    WILLS DEPOSITION EXHIBITS                 PAGE

10      Exhibit 631  Subpoena                      15

11      Exhibit 632  BRG Charges                   21

12      Exhibit 633  Documents                     23

13      Exhibit 634  Second Designation Expert     33

14                   Report

15      Exhibit 635  Expert Report                 33

16      Exhibit 636  Rebuttal Report               33

17

18

19

20

21

22



```
 1                  P R O C E E D I N G S

 2            THE VIDEOGRAPHER:  Good morning, this is

 3       the video deposition of Mary Karen Wills in the

 4       matter of Bona Fide Conglomerate, Incorporated

 5       versus SourceAmerica, et al.  This deposition is

 6       being taken in Washington, D.C. on June 20, 2018

 7       at 9:51 a.m.  My name is Noojan Ettehad and I'm

 8       the videographer.  The court reporter today is

 9       Michelle Taylor.

10            Will the counsel introduce themselves.

11            MR. SCHOUTEN:  Good morning, my name is

12       Andrew Schouten and I'm an with the law firm of

13       Wright L'Estrange & Ergastolo.  And I represent

14       the Plaintiff/Counter Defendant Bona Fide

15       Conglomerate, Incorporated and Counter Defendant

16       Ruben Lopez.

17            MR. HOLSENBACK:  Good morning, my name is

18       Daniel Holsenback with Gordan and Rees.  I

19       represent Defendant SourceAmerica.  And with me

20       present is also SourceAmerica corporate counsel

21       Jessica Hardy.

22            THE VIDEOGRAPHER:  Thank you.  The court
```



1  reporter can swear in the witness now.

2  WHEREUPON,

3                    MARY KAREN WILLS,

4  being first duly sworn or affirmed to testify to

5  the truth, the whole truth, and nothing but the

6  truth, was examined and testified as follows:

7           EXAMINATION BY COUNSEL FOR PLAINTIFF

8  BY MR. SCHOUTEN:

9     Q  Could you give me your full name and spell

10  your last name.

11     A  Sure.  My name is Mary Karen Wills,

12  W-I-L-L-S.

13     Q  And what is your business address?

14     A  1800 M Street Northwest, Suite 200,

15  Washington, D.C. 20036.

16     Q  I can see from your report that you

17  provided in this case you've been deposed a number

18  of times --

19     A  Yes.

20     Q  -- just for the trial?

21     A  That's right.

22     Q  Let me ask you, when was the last



1    associates?

2        A   Correct.

3        Q   How about the actual analysis that went

4    into the drafting of the reports?

5        A   I probably have 20 percent I review when

6    the staff get to a point of having complete

7    documentation regarding that opportunity, and sit

8    down and go through the same documentation and

9    confirm what their findings were.  So I would say

10   20 percent of my time and 80 percent of the team's

11   time.

12       Q   Okay.  Now, I did my best to add up all of

13   the invoices, but would it be correct to say as of

14   May 8, 2018, you billed $635,679.12 on this

15   matter?

16       A   That sounds correct.

17       Q   Hopefully, I added that up right.

18           MR. SCHOUTEN:  Why don't we just go ahead

19   and mark all three of these now.  Let's mark as

20   634 SourceAmerica's second designation of expert

21   witnesses.  Then 635 is going to be the expert

22   report.  And 636 will be the rebuttal report.



 1          (WILLS Exhibit Numbers 634 through 636

 2    were marked for identification and attached.)

 3       Q  It will be apparent why I marked on this

 4    in just a second.  First, let me ask you, have you

 5    seen Exhibit 634 before?

 6       A  Yes.

 7       Q  And attached to 634 is Exhibit A, and this

 8    looks to be your CV.

 9       A  Yes.

10       Q  Now, in reviewing it this looks like it

11    possibly came from your website.  It doesn't

12    appear to have the various engagements and

13    experience you had in other matters on it?

14       A  It's possible.  Or I have several versions

15    of my CV, some include and some don't include the

16    testifying experience.

17       Q  Okay.  Let me ask you to take a look at

18    635.  This is the expert report that you prepared

19    for this, in this litigation?

20       A  Yes.

21       Q  If you turn to page -- it's going to be,

22    101 in that exhibit -- excuse me.  Yes, in that



1    reasonable request he'll produce the original

2    transcript to me.  And if the original is lost or

3    destroyed or otherwise unavailable, we agree that

4    a certified copy could be used instead.

5            MR. SCHOUTEN:  Agreed.

6            MR. HOLSENBACK:  Thank you, sir.

7            MR. SCHOUTEN:  I think we can go off the

8    record.

9            THE VIDEOGRAPHER:  Going off the record at

10   6:02 p.m., this marks the end of DVD Number 5.

11           (Off the record at 6:02 p.m.)

12

13

14

15

16

17

18

19

20

21

22



MARY K. WILLS                                              June 20, 2018
BONA FIDE CONGLOMERATE vs SOURCEAMERICA                          321

1          ACKNOWLEDGEMENT OF DEPONENT

2

3          I, MARY KAREN WILLS, do hereby acknowledge

4     that I have read and examined the foregoing

5     testimony, and the same is a true, correct and

6     complete transcription of the testimony given by

7     me and any corrections appear on the attached

8     errata sheet signed by me.

9

10

11

12

13    _____        _____
      DATE                        MARY KAREN WILLS
14

15

16

17

18

19

20

21

22



```
1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

2          I, Michelle Taylor, the officer before

3    whom the foregoing deposition was taken, do hereby

4    certify that the foregoing transcript is a true

5    and correct record of the testimony given; that

6    said testimony was taken by me stenographically

7    and thereafter reduced to typewriting under my

8    direction; that reading and signing was requested;

9    and that I am neither counsel for, related to, nor

10   employed by any of the parties to this case and

11   have no interest, financial or otherwise, in its

12   outcome.

13      IN WITNESS WHEREOF, I have hereunto set my hand

14   and affixed my notarial seal this 20th day of June

15   2018.

16   My commission expires July 14, 2022.

17

18

19

20   _____

21   NOTARY PUBLIC IN AND FOR
     THE DISTRICT OF COLUMBIA

22
```

```
 1   Reference No.: 2171748

 2

 3   Case:  BONA FIDE CONGLOMERATE vs SOURCEAMERICA

 4

          DECLARATION UNDER PENALTY OF PERJURY

 5

          I declare under penalty of perjury that

 6   I have read the entire transcript of my Depo-

     sition taken in the captioned matter or the

 7   same has been read to me, and the same is

     true and accurate, save and except for

 8   changes and/or corrections, if any, as indi-

     cated by me on the DEPOSITION ERRATA SHEET

 9   hereof, with the understanding that I offer

     these changes as if still under oath.

10

11          _____

12          Mary K. Wills

13

14          NOTARIZATION OF CHANGES

15               (If Required)

16

17   Subscribed and sworn to on the _____ day of

18

19   _____, 20_____ before me,

20

21   (Notary Sign)_____

22

23   (Print Name)                    Notary Public,

24

25   in and for the State of _____
```



```
 1    Reference No.: 2171748

      Case:  BONA FIDE CONGLOMERATE vs SOURCEAMERICA
 2

 3    Page No._____Line No._____Change to:_____

 4    _____

 5    Reason for change:_____

 6    Page No._____Line No._____Change to:_____

 7    _____

 8    Reason for change:_____

 9    Page No._____Line No._____Change to:_____

10    _____

11    Reason for change:_____

12    Page No._____Line No._____Change to:_____

13    _____

14    Reason for change:_____

15    Page No._____Line No._____Change to:_____

16    _____

17    Reason for change:_____

18    Page No._____Line No._____Change to:_____

19    _____

20    Reason for change:_____

21    Page No._____Line No._____Change to:_____

22    _____

23    Reason for change:_____

24

      SIGNATURE:_____DATE:_____

25    Mary K. Wills
```

