# EXHIBIT B
# Pages 30-145
# FILED UNDER SEAL