1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        SOUTHERN DISTRICT OF CALIFORNIA
10
11   BONA FIDE CONGLOMERATE, INC.,        Case No.: 14cv0751 GPC (AGS)
12                   Plaintiff,           **ORDER GRANTING JOINT**
13                                        **MOTION TO AMEND**
                         v.               **SCHEDULING ORDER [ECF NO.**
14                                        **614]**
15   SOURCEAMERICA, et al.,
16                   Defendants.
17
     AND RELATED COUNTERCLAIMS
18
19
20        On April 15, 2019, the parties filed a Joint Motion to Amend the Scheduling
21   Order [ECF No. 614].
22        Good cause appearing, **IT IS HEREBY ORDERED** that the following
23   dates are continued:
24        (1)   The Rule 26(a)(3) pretrial disclosures deadline, currently scheduled
25   for April 22, 2019, to June 7, 2019;
26        (2)   The deadline to meet and confer on the pretrial order ("PTO"),
27   currently scheduled for May 1, 2019, to June 14, 2019;
28        (3)   The deadline for plaintiff to provide the PTO to defense, currently

scheduled for May 22, 2019, to July 5, 2019;

      (4)    The deadline to lodge the PTO, currently scheduled for June 6, 2019, to July 19, 2019; and

      (5)    The final pretrial conference, currently scheduled for July 12, 2019, at 1:30 p.m., to August 2, 2019, at 1:30 p.m.

**IT IS SO ORDERED.**

DATED:  APRIL 15, 2019

Hon. Gonzalo P. Curiel
United States District Judge

Case No. 14cv0751 GPC (AGS)