WRIGHT, L'ESTRANGE & ERGASTOLO
  John H. L'Estrange, Jr. (SBN 049594)
  jlestrange@wlelaw.com
  Joseph T. Ergastolo (SBN 137807)
  jte@wlelaw.com
  Andrew E. Schouten (SBN 263684)
  aschouten@wlelaw.com
402 West Broadway, Suite 1800
San Diego, CA  92101
(619) 231-4844; Fax: (619) 231-6710

Attorneys for Plaintiff and Counterdefendant
Bona Fide Conglomerate, Inc. and
Counterdefendant Ruben Lopez

Kevin W. Alexander (SBN: 175204)
J. Daniel Holsenback (SBN: 145640)
Matthew P. Nugent (SBN: 214844)
Joseph W. Goodman (SBN: 230161)
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:  (619) 696-6700
Facsimile:   (619) 696-7124
Email: kalexander@grsm.com
Email: jholsenback@grsm.com
Email: mnugent@grsm.com
Email: jgoodman@grsm.com

Attorneys for Defendant and Counterclaimant
SourceAmerica

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONA FIDE CONGLOMERATE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOURCEAMERICA, et al., <br><br> Defendants. <br><br>─────────────────────────── <br><br> AND RELATED COUNTERCLAIMS | Case No.: 14cv0751 GPC  (AGS) <br><br> **JOINT MOTION TO DISMISS THE AMENDED AND SUPPLEMENTAL COMPLAINTS AND AMENDED COUNTERCLAIMS, WITH PREJUDICE** <br><br> **[Fed. R. Civ. P. 41(a)(1)(A)(ii), (a)(2), (c)]** <br><br> **Courtroom: 14A** <br> **Judge: Hon. Larry Alan Burns** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (a)(2), (c), Civil Local Rules, Civil Chambers Rules, and their agreement to settle the above-entitled action, Plaintiff and Counterdefendant Bona Fide Conglomerate, Inc., Counterdefendant Ruben Lopez, and Defendant and Counterclaimant SourceAmerica (collectively, the "Parties"), by and through their respective counsel of record, hereby jointly move the Court to dismiss with prejudice the above-entitled action in its entirety, including the Amended Complaint, Supplemental Complaint, and Amended Counterclaims in their entirety, with the Parties to each bear their own attorney's fees and costs.

DATED: June 26, 2019

WRIGHT, L'ESTRANGE & ERGASTOLO
Attorneys for Plaintiff and Counterdefendant Bona Fide Conglomerate, Inc. and Counterdefendant Ruben Lopez

By: *s/ Joseph T. Ergastolo*
Joseph T. Ergastolo
jte@wlelaw.com

DATED: June 26, 2019

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys for Defendant and Counterclaimant SourceAmerica

By: *s/ Joseph W. Goodman*
Joseph W. Goodman
jgoodman@grsm.com

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all of the above-named signatories, and that I obtained counsel's authorization to affix electronic signatures to this document.

DATED: June 26, 2019

WRIGHT, L'ESTRANGE & ERGASTOLO
Attorneys for Plaintiff and Counterdefendant
Bona Fide Conglomerate, Inc. and
Counterdefendant Ruben Lopez

By: *s/ Joseph T. Ergastolo*
    Joseph T. Ergastolo
    jte@wlelaw.com